THE CORPORATION OF FREDERICK SCHOLES, Appellant, *v.* THEODORE FICKE WAREHOUSES, INC., Respondent.

*Landlord and tenant — lease — action for rent — whether rent to be computed according to ground area or floor space.*

*Corp. of Scholes* v. *Ficke Warehouses*, 213 App. Div. 259, affirmed. (Submitted October 23, 1925; decided November 24, 1925.)

APPEAL from a judgment, entered May 27, 1925, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court. The action, landlord against tenant, was to recover rent under a lease providing " for a term of twenty-one (21) years beginning August 1, 1921, with rent only from said date on the buildings shown on said surveys referred to herein, and marked buildings No. 1 and No. 5, and with rent on the remaining portion of said premises, shown on said surveys, known as buildings 2, 3, and 4, from and after the date of the completion of the improvements and repairs agreed to be made by the lessor in accordance with a certain memorandum attached hereto and made a part hereof, and identified by the signatures of the lessor and lessee, at an annual rental equal to 50 cents per square foot to be computed on the area of said premises, excluding in such computation, however, all exposed or uncovered driveways and all yard spaces. * * * And in addition to the rent herein provided, the lessee shall pay the further sum as rent an amount equal to 2/3rds of the annual land or ground and building taxes levied against said premises." The question was whether the rent was to be computed according to ground area or floor space.

*Louis Charles Wills* for appellant.

*Henry D. Merchant* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.